**SPRINT COMMUNICATIONS COMPANY, L.P., Plaintiff–Appellant**

v.

**Elizabeth S. JACOBS; Swati A. Dandekar; Darrell Hanson, in his official capacity as a member of the Iowa Utilities Board, Defendants–Appellees.**

No. 11–2984.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 14, 2014.

Filed: March 10, 2014.

Christopher J. Wright, Timothy J. Simeone, Mark Daniel Davis, Washington, DC.; Bret A. Dublinske, West Des Moines, IA.; for appellant.

David Lynch, Mary Frances Whitman, Des Moines, IA, for appellee.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

WOLLMAN, Circuit Judge.

This case is on remand from the United States Supreme Court. *See Sprint Communications, Inc. v. Jacobs,* —— U.S. ——, 134 S.Ct. 584, 187 L.Ed.2d 505 (2013), in which the Supreme Court reversed this court's judgment in *Sprint Communications Co. v. Jacobs,* 690 F.3d 864 (8th Cir.2012).

Accordingly, we now vacate our opinion in that case, reverse the district court's dismissal of the action, and remand the case to the district court for further proceedings in conformity with the opinion of the United States Supreme Court.